Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

| Field | Value |
|---|---|
| 9th Circuit Case Number(s) | 16-15430 |
| Case Name: | Paul Perkins, et al v. LinkedIn Corporation |
| The Clerk will enter my appearance as counsel on behalf of: | Susan House |

[X] Appellant [ ] Petitioner [ ] Amicus Curiae [ ] Appellant/Cross-Appellee
[ ] Appellee [ ] Respondent [ ] Intervenor [ ] Appellee/Cross-Appellant

[X] Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

[ ] Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel): 

| Field | Value |
|---|---|
| Signature (use "s/" format) | /s/Robert W. Clore |
| Date | 6/15/2016 |
| Name | Robert W. Clore |
| Firm/Office | Bandas Law Firm, P.C. |
| Address | 500 N. Shoreline Blvd., Suite 1020 |
| City | Corpus Christi |
| State | TX |
| Zip Code | 78401 |
| Phone Number (including area code) | 361-698-5200 |