FILED

AUG 01 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| In re: | Nos. 16-80084 |
| --- | --- |
| JOSEPH DARRELL PALMER, Admitted to the bar of the Ninth Circuit: August 4, 2011, | 16-15430<br>16-55472 |
| Respondent. | State Bar of California No. 12-0-16924 |
| | ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

On July 7, 2016, the court ordered Joseph D. Palmer, Esq., to voluntarily resign or to show cause, in writing, why he should not be reciprocally suspended from the practice of law in this court on the basis of his suspension by the State Bar Court of California. On July 7, 2016, Palmer filed a notice of suspension in *Wineesa Cole, et al, v. Asurion Corporation, et al* No. 16-55472. The court construes Palmer's notice of suspension in appeal No. 16-55472 as consent to the imposition of a concurrent 90-day reciprocal suspension, effective June 17, 2016, the effective date of his California suspension. So construed, the Clerk shall change this court's records to reflect that respondent Palmer has been suspended and is not eligible to practice before the Ninth Circuit.

Respondent Palmer shall submit filings in no case in this court during his suspension. At the conclusion of the suspension, respondent Palmer may petition for reinstatement to the bar of the Ninth Circuit pursuant to Ninth Circuit Rule 46-2(h). Palmer shall file the petition using the docket number 16-80084 and include a showing that he is a member in good standing of the bar of any state.

The Clerk shall serve this order on respondent Palmer.